**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Maine**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Anthony<br>First name<br>D<br>Middle name<br>Pettegrow<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Josette<br>First name<br>G<br>Middle name<br>Pettegrow<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 3 8 5<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – 7 9 7 4<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

Debtor 1    Anthony D Pettegrow & Josette G Pettegrow      Case number (*if known*)_____
           First Name    Middle Name    Last Name

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |
| **5. Where you live** | 54 Paradis Dr<br>Number    Street<br><br>_____<br><br>Trenton      ME    04605<br>City      State    ZIP Code<br><br>Hancock County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>1237 Bar Harbor Road<br>Number    Street<br><br>_____<br>P.O. Box<br><br>Trenton      ME    04605<br>City      State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City      State    ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City      State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Anthony D Pettegrow & Josette G Pettegrow   Case number (*if known*)_____
          First Name   Middle Name   Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☐ Chapter 7
   ☑ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

8. **How you will pay the fee**

   ☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

   ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☑ No
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☐ No
    ☑ Yes.

    Debtor    Warren B. Pettegrow    Relationship to you    Business Partner
    District  Southern District of Florida (Miami)    When 03/04/2024    Case number, if known 24-12140

    Debtor    _____    Relationship to you _____
    District  _____    When _____ Case number, if known _____

11. **Do you rent your residence?**

    ☑ No. Go to line 12.
    ☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.
    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 3

Debtor 1  Anthony D Pettegrow & Josette G Pettegrow                       Case number *(if known)*_____
         First Name   Middle Name   Last Name

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number   Street

_____

_____  _____  _____
City                                  State   ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.   What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____

Debtor 1 __Anthony D Pettegrow & Josette G Pettegrow__ Case number (*if known*)_____
    First Name  Middle Name  Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

 [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

 [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 5

Debtor 1  Anthony D Pettegrow & Josette G Pettegrow    Case number (if known) _____
         First Name    Middle Name    Last Name

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  ☐ No
  ☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Signature of Debtor 1              Signature of Debtor 2

Executed on 10/01/2025              Executed on 10/01/2025
           MM / DD / YYYY                      MM / DD / YYYY

Debtor 1  Anthony D Pettegrow & Josette G Pettegrow
         First Name    Middle Name    Last Name                              Case number (*if known*)_____

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

✗ */s/ D. Sam Anderson*                             Date  10/01/2025
Signature of Attorney for Debtor                          MM / DD / YYYY

Sam Anderson
Printed name

Bernstein Shur Sawyer & Nelson, P.A.
Firm name

100 Middle Street
Number    Street

P.O. Box 9729

Portland                                          ME        04101
City                                              State     ZIP Code

Contact phone  2077741200                Email address  sanderson@bernsteinshur.com

9809                                              ME
Bar number                                        State

Certificate Number: 12459-ME-CC-039834916



12459-ME-CC-039834916

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 4, 2025</u>, at <u>3:47</u> o'clock <u>AM PDT</u>, <u>Anthony Pettegrow</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Maine</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 4, 2025</u>

By: <u>/s/Hokulani Kabaka</u>

Name: <u>Hokulani Kabaka</u>

Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 12459-ME-CC-039834917



12459-ME-CC-039834917

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 4, 2025</u>, at <u>3:47</u> o'clock <u>AM PDT</u>, <u>Josette Pettegrow</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Maine</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>July 4, 2025</u>          By:   <u>/s/Hokulani Kabaka</u>

Name:   <u>Hokulani Kabaka</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Anthony D Pettegrow |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Josette G Pettegrow |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income                12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.
   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

   | | Column A Debtor 1 | Column B Debtor 2 |
   |---|---|---|
   | 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,300.00 | $ 3,800.00 |
   | 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
   | 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

   | | Debtor 1 | Debtor 2 | | | |
   |---|---|---|---|---|---|
   | Gross receipts (before all deductions) | $ 1,260.00 | $ 4,024.00 | | | |
   | Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | | | |
   | Net monthly income from a business, profession, or farm | $ 1,260.00 | $ 4,024.00 | Copy here ➔ | $ 1,260.00 | $ 4,024.00 |

6. **Net income from rental and other real property**

   | | Debtor 1 | Debtor 2 | | | |
   |---|---|---|---|---|---|
   | Gross receipts (before all deductions) | $ 785.00 | $ 0.00 | | | |
   | Ordinary and necessary operating expenses | − $ 26.20 | − $ 0.00 | | | |
   | Net monthly income from rental or other real property | $ 758.80 | $ 0.00 | Copy here ➔ | $ 758.80 | $ 0.00 |

Official Form 122B        Chapter 11 Statement of Your Current Monthly Income        page 1

Debtor 1  **Anthony D Pettegrow**
First Name   Middle Name   Last Name

Case number (*if known*) _____

|   | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬇

For you .................................................. $ _____
For your spouse ..................................... $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

$ 0.00    $ 0.00
$ 0.00    $ 0.00
+ $ 0.00    + $ 0.00

Total amounts from separate pages, if any.

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 4,318.80  +  $ 7824.00  =  $ 12,142.80

Total current monthly income

### Part 2: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____  X _____
Signature of Debtor 1    Signature of Debtor 2

Date 10/01/2025    Date 10/01/2025
MM / DD / YYYY    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: Anthony D Pettegrow
First Name  Middle Name  Last Name

Debtor 2: Josette G Pettegrow
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of Maine

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
Creditor's Name: Troutman Pepper Hamilton Sanders LLP
Number  Street: Attn: Matthew H. Adler
3000 Two Logan Square, Eighteenth and
City: Philadelphia  State: PA  ZIP Code: 19103
Contact: Matthew H. Adler
Contact phone: 215-981-4802

What is the nature of the claim? Legal Services
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 250,000.00

**2**
Creditor's Name: Versant Power
Number  Street: P.O. Box 932
City: Bangor  State: ME  ZIP Code: 04402-0932
Contact: 
Contact phone: 207-973-2000

What is the nature of the claim? Utility Services
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
Value of security: − $_____
Unsecured claim: $_____

$ 223.88

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

28

Debtor 1  **Anthony D Pettegrow**
First Name   Middle Name   Last Name

Case number (*if known*) _____

| | | Unsecured claim |
|---|---|---|

**3** Florida Keys Electric
Creditor's Name
P.O. Box 377
Number  Street

Tavernier       FL    33070-0377
City            State  ZIP Code

Contact
800-858-8845
Contact phone

What is the nature of the claim? **Utility Services**      $215.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:  − $_____
       Unsecured claim:     $_____

**4** Spectrum
Creditor's Name
P.O. Box 6030
Number  Street

Carol Stream    IL    60197-6030
City            State  ZIP Code

Contact
855-757-7328
Contact phone

What is the nature of the claim? **Telephone / Internet services**   $175.94

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:  − $_____
       Unsecured claim:     $_____

**5** Florida Keys Aqueduct
Creditor's Name
P.O. Box 5293
Number  Street

Key West        FL    33045-5293
City            State  ZIP Code

Contact
305-296-2454
Contact phone

What is the nature of the claim? **Utility Services**      $173.10

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:  − $_____
       Unsecured claim:     $_____

**6** Acadia Integrative Medicine
Creditor's Name
1344 ME-102
Number  Street

Bar Harbor      ME    04609
City            State  ZIP Code

Contact
207-266-2601
Contact phone

What is the nature of the claim? **Medical Services**      $170.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:  − $_____
       Unsecured claim:     $_____

**7** Xfinity
Creditor's Name
c/o Comcast
Number  Street
P.O. Box 71211

Charlotte       NC    28272-1211
City            State  ZIP Code

Contact
800-934-6489
Contact phone

What is the nature of the claim? **Telephone / Internet services**   $157.83

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):  $_____
       Value of security:  − $_____
       Unsecured claim:     $_____

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

29

Debtor 1  Anthony D Pettegrow
    First Name   Middle Name   Last Name

Case number (*if known*) _____

**Unsecured claim**

**8** Lobster 207, LLC
Creditor's Name

c/o Alfred C. Frawley IV
Number   Street

McCloskey, Mina, 12 City Center

Portland   ME   04101
City   State   ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Lawsuit

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ 0.00

**9** _____
Creditor's Name

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ _____

**10** _____
Creditor's Name

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ _____

**11** _____
Creditor's Name

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ _____

**12** _____
Creditor's Name

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured): $_____
    Value of security: − $_____
    Unsecured claim: $_____

$ _____

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 3

30

Debtor 1  Anthony D Pettegrow
 First Name   Middle Name   Last Name

Case number *(if known)*_____

**Unsecured claim**

**13**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**14**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**15**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**16**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**17**
Creditor's Name
Number   Street
City   State   ZIP Code
Contact
Contact phone

**What is the nature of the claim?** _____  $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim   $_____

31

Official Form 104    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 4

Debtor 1   **Anthony D Pettegrow**_____   Case number (*if known*)_____
         First Name   Middle Name   Last Name

|  | **Unsecured claim** |
|---|---|

**18**

Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim   $_____

**19**

Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim   $_____

**20**

Creditor's Name
Number   Street

City   State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____   $_____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

**Does the creditor have a lien on your property?**
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   − $_____
    Unsecured claim   $_____

32

Official Form 104   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 5

Debtor 1  **Anthony D Pettegrow**
         First Name   Middle Name   Last Name

Case number *(if known)* _____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____   X _____
Signature of Debtor 1                Signature of Debtor 2

Date 10/01/2025                      Date 10/01/2025
     MM / DD / YYYY                       MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 6

United States Bankruptcy Court
District of Maine

In re: Anthony D Pettegrow & Josette G Pettegrow

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/01/2025

_____
Signature of Debtor

_____
Signature of Joint Debtor

```
Acadia Integrative Medicine
1344 ME-102
Bar Harbor, ME 04609


Allegiant Credit Card
Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bar Harbor Bank & Trust
P.O. Box 1089
Ellsworth, ME 04605


Centennial Bank
P.O. Box 966
Conway, AR 72033


Fidelity Credit Card
c/o Elan Financial Services
P.O. Box 790408
St. Louis, MO 6379-0408


Florida Keys Aqueduct
P.O. Box 5293
Key West, FL 33045-5293


Florida Keys Electric
P.O. Box 377
Tavernier, FL 33070-0377


Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jason C. Barrett, Veridian
204 Main Street
Ellsworth, ME 04605


Lobster 207, LLC
c/o Alfred C. Frawley IV
McCloskey, Mina, 12 City Center
Portland, ME 04101


Maine Revenue Services
c/o Thomas A. Knowlton, Esq., AAG
6 State House Station
Augusta, ME 04333


Marriott Bonvoy Credit Card
P.O. Box 15123
Wilmington, DE 19850-5123
```

```
Office of the U.S. Attorney-
202 Harlow Street, Room 111
Bangor, ME 04401-4919


Richardson, Whitman, Large & Badger
Attn: John S. Whitman
465 Congress Street
Portland, ME 04101


Spectrum
P.O. Box 6030
Carol Stream, IL 60197-6030


The County Federal Credit Union
82 Bennett Drive
Caribou, ME 04736-1944


The Maine Life & Legacy Law Firm
P.O. Box 12
Peaks Island, ME 04108


Trenton Bridge Lobster Pound, Inc.
1237 Bar Harbor Road
Ellsworth, ME 04605


Troutman Pepper Hamilton Sanders LLP
Attn: Matthew H. Adler
3000 Two Logan Square, Eighteenth and Ar
Philadelphia, PA 19103


Troutman Pepper Hamilton Sanders LLP
Attn: Callan G. Stein
High Street Tower, 125 High Street, 19th
Boston, MA 02110


Versant Power
P.O. Box 932
Bangor, ME 04402-0932


Warren B. Pettegrow
11325 Third Avenue Ocean
Marathon, FL 33050


Xfinity
c/o Comcast
P.O. Box 71211
Charlotte, NC 28272-1211
```