UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | |
|---|---|
| In re:<br>ANTHONY D. PETTEGROW and<br>JOSETTE G. PETTEGROW<br><br>Debtors | Chapter 11<br>Case No. 25-10186 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing is set to take place in this matter regarding the Application of the Debtors for Order Authorizing Employment of Creswell Law as Special Litigation Counsel to the Debtors Pursuant to Section 327(e) of the Bankruptcy Court, Effective as of October 1, 2025 (DE 38) on

**November 7, 2025 at 1:00 p.m.**

The hearing will take place at the U.S. Bankruptcy Court, 537 Congress Street, Portland, Maine.

Date:  November 5, 2025                                            /s/ Monica Bigley
                                                                                    Clerk of Court